UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                  Case No.2:18-mj-2
                                                  HON. TIMOTHY P. GREELEY

STEPHEN REED KEEZER,

        Defendant.
_____/

## ORDER OF DETENTION

     Defendant appeared before the undersigned on February 20, 2018, for an initial appearance on a complaint charging defendant with Assault Resulting in Serious Bodily Injury. The government requested the defendant be detained pending further proceedings supported by pretrial services. The government also requested that a no contact with A.S.K. provision be included in the detention order. Defendant will be given time to consult with his attorney and may request a detention hearing and a preliminary hearing at a later date.

     Defendant shall be detained pending further proceedings and shall not have contact of any kind with the victim in this case, A.S.K.

     IT IS SO ORDERED.

                                                                   */s/ Timothy P. Greeley*
                                                                   TIMOTHY P. GREELEY
                                                                   UNITED STATES MAGISTRATE JUDGE

Dated: February 20, 2018